LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-07660-BRO (MRWx) | Date | October 30, 2015 |
|---|---|---|---|
| Title | SUN M. BANG V. SELECT PORTFOLIO SERVICING, INC ET AL | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Defendant Select Portfolio Servicing, Inc.'s Motion to Dismiss. (Dkt. No. 11.) Defendant filed its Motion to Dismiss on October 2, 2015, noticing a hearing date of November 2, 2015. (*Id.*) Judge S. James Otero vacated the hearing date on October 28, 2015, (Dkt. No. 13), and the case was subsequently reassigned to this Court, (Dkt. No. 14). This Court is familiar with Plaintiff's case, as it previously granted Defendant's Motion for Summary Judgment in *Sun M. Bang v. Select Portfolio Servicing, Inc. et al.*, Case No. 2:14–CV–09917–BRO–MRW (Apr. 20, 2015) (ECF No. 19).

Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9.[1] Accordingly, Plaintiff Sun M. Bang's opposition, if any, was due no later than October 12, 2015. But Plaintiff filed no opposition. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why Defendant's Motion to Dismiss should not be granted. **Both (1) Plaintiff's response to this Order and (2) Plaintiff's opposition to the Motion to Dismiss, if any, shall be filed by no later than Friday, November 20, 2015, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiff's failure to timely oppose.

---

[1] A copy of the Local Civil Rules is available at the United States District Court, Central District of California's website: https://www.cacd.uscourts.gov/court-procedures/local-rules.

LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-07660-BRO (MRWx) | Date | October 30, 2015 |
|---|---|---|---|
| Title | SUN M. BANG V. SELECT PORTFOLIO SERVICING, INC ET AL | | |

Plaintiff's failure to file an opposition by this deadline may result in the granting of Defendant's Motion. **The hearing on Defendant's Motion is hereby continued to Monday, December 7, 2015, at 1:30 p.m.**

The Court notes that the Federal Pro Se Clinic is a resource available to pro se litigants, like Plaintiff, to aid during the course of litigation. The Federal Pro Se Clinic in Los Angeles is located at:

The United States Courthouse
312 N. Spring Street, Room G-19, Main Street Floor
Los Angeles, CA 90012

and can be reached at (213) 385-2977, Ext. 270. Plaintiff is encouraged to check the Clinic's website (http://court.cacd.uscourts.gov/cacd/ProSe.nsf/) or call for available hours.

**IT IS SO ORDERED.**                                               :

                                                    Initials of Preparer        rf